IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

M-EDIF
(Members of EDIF)
W. MJ Boyd, Founder

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Donald J. Trump, President
MAGA INC.
Department of Justice

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26-cv-01183-RMG-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

See attached

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     Members of EDIF
Street Address           8638 W. fairy Wood Drive
City and County          Charleston -Dorchester County
State and Zip Code       South Carolina
· Telephone Number       (843)719-5486

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                     Donald J. Trump
Job or Title             President of the United States
(if known)
Street Address           1600 Pennsylvania Ave
City and County          District of Columbia
State and Zip Code       Washington D.C.     20500
Telephone Number         202-456-1414

Defendant No. 2

Name                     Pete Hegseth - Secretary of War
Job or Title             U.S. Secretary of Defense
(if known)
Street Address           4000 Defense Boulevard
City and County          District of Columbia
State and Zip Code       Washington DC, 20301
Telephone Number         (703) 545 - 6700

Defendant No. 3

Name                     MAGA INC.

2

Job or Title
(if known)    *Taylor Budowich, Founder*

Street Address    *Unable to locate contact Info*

City and County

State and Zip Code

Telephone Number

Defendant No. 4

Name    *Department of Justice*

Job or Title
(if known)    *Pam Bondi, U.S. Attorney General*

Street Address    *950 Pennsylvania Ave NW*

City and County    *District of Columbia*

State and Zip Code    *Washington DC 20530*

Telephone Number    *(202-514-2000*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The Civil Rights Act of 1964 – Title VI*
*Civil liberties*
*Federal Trade Act*

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**     N/A

    1.     The Plaintiff(s)

        a.     If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.     If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.     The Defendant(s)

        a.     If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.     If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

N/A

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 13, 20 26

Signature of Plaintiff       _Wanda Boyd_

Printed Name of Plaintiff    _Wanda / M.J. Boyd_

### B.    For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

E-mail Address               _____

JAN FEB (MAR) APR MAY JUN JUL AUG SEP OCT NOV DEC

1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

March 13, 2026
Friday

## Continued Defendants Complaint list

M-EDif
vs
Donald J. Trump, President
MAGA Inc.
Department of Justice


Department of homeland Security
2701 Martin Luther King Jr. Ave. S.E.
Washington D.C. 20032
(202) 282-8000

Kristi Noem and Markwayne Mullins (senator)
(Senator) Markwayne Mullins

Robert F. Kennedy Jr.
Secretary of health and human Services
200 Independence Avenue
Washington D.C. 20201
1-877-696-6775

Scott Turner - HUD
Secretary of Housing and Urban Development
451 9th Street, S.W.
Washington D.C. 20410

(202) 202-708-3815

RCV'D USDC - CHAS, SC
2026 MAR 20 AM 8:54

JAN FEB (MAR) APR MAY JUN JUL AUG SEP OCT NOV DEC

1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Complaint - Civil Case                     page 1

March 13, 2026

Friday

M - EDIF

vs.

Donald J. Trump, President

MAGA

Department of Justice

The President of the United States, a well known celebrity, now leader of the free world, and leader of the MAGA Agenda has infiltrated an unconstitutional war against Americans, impacting their civil and human rights by way of structural discrimination in business, institutions, communities and our government.

Empowered by the MAGA Movement, the president refuses to put Americans first. Impacting their civil and human rights.

① Our firm hence conducted extensive research on the MAGA inc. and its funding that allowed them to thrive in communities from state to state.

JAN FEB (MAR) APR MAY JUN JUL AUG SEP OCT NOV DEC
1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Friday 13, 2026

## Complaint - Civil Case                                    Page 2

M. EDIF

VS.

Donald J. Trump, President
MAGA INC.
Department of Justice

(1) Members of EDIF brings this civil complaint against the president and administrative members based on the illegal impact that the MAGA movement has had on individuals, businesses, institutions, communities and our government - Breaking federal laws civil Rights Act of 1964 - Title VI - Title II - F.T.C.
originally identified/

(2) Practices of the MAGA agenda was found in Charleston SC in the mid 1980's.

(3) Then in 2020 shortly after the Pandemic and Civil unrest our firm discovered through extensive research that the changing landscape of America was initiated by the president of the united states and the MAGA INC. A new landscape that discriminated against local natives.
Jews and black women.

(4) The research details of our report details hundreds of stories and thousands of pages of structural discrimination housed in the corners of our government dismissing serious federal laws.

(5) Families were pushed out of their homes and communities allowing MAGA to build communities within communities.

JAN  FEB  (MAR)  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC
1  2  3  4  5  6  7  8  9  10  11  12  (13)  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

Friday, March 13, 2026

Members of EDIF

("M-EDIF")

Our Primary mission at M-EDIF is
to help restore the civil and human
rights of Americans Impacted by the
structural discrimation housed in the
Corners of our government.

W. MJ Boyd
Founder
Members of EDIF
4 Where Blueprints, Holds History"

Wboyd721@gmail.com
(843) 530-3737